DeLay *v.* Southern Railway Company.

Fish, J. Though there was evidence showing that the plaintiff was injured by reason of a defect in the implement furnished him with which to work by his master, the defendant, yet as it did not appear that the latter either knew, or in the exercise of ordinary care and diligence ought to have known, of such defect, and did appear from the plaintiff's own testimony that he had equal means with the master of ascertaining the existence of the defect, the judgment of nonsuit was right. Civil Code, §§ 2611, 2612.
*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,— Decided July 19, 1902.

Action for damages. Before Judge Reid. City court of Atlanta. October 30, 1901.

*Green & McKinney,* for plaintiff.
*Dorsey, Brewster & Howell* and *Sanders McDaniel,* for defendant.

---

McClendon *v.* Western and Atlantic Railroad Company.

Simmons, C. J. Under the evidence introduced by the plaintiff, there was no error in granting a nonsuit.
*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,— Decided July 19, 1902.

Action for damages. Before Judge Reid. City court of Atlanta. November 7, 1901.

*Anderson, Anderson & Thomas,* for plaintiff.
*Payne & Tye,* for defendant.